# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Thomas Flagg, | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| International Union, Security, Police, | : | |
| Fire Professionals of America, | : | |
| Local 506; International Union, | : | |
| Security, Police, Fire Professionals | : | |
| of America; Pennsylvania State | : | |
| System of Higher Education; | : | |
| Cheyney University of Pennsylvania, | : | |
| and Frank Kelly, | : | |
| Respondents | : | No. 641 M.D. 2011 |

# **O R D E R**

NOW, September 20, 2016, upon consideration of petitioner's application for reargument, the application is denied.

MARY HANNAH LEAVITT,
President Judge